blica. Resuelto en diciembre 11, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El acusado no compareció.

---

No. 1249. ALONSO, RIERA & Co., DEMANDANTES Y APELANTES, *v.* RIERA, DEMANDADO Y APELADO.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de dinero. Moción de la parte apelante desistiendo de la apelación. Resuelto en diciembre 14, 1914. Se tiene por desistida a la parte apelante. Abogado de la parte apelante: *Sr. Jacinto Texidor.* El apelado no compareció.

---

No. 740. EL PUEBLO, DEMANDANTE Y APELADO, *v.* COLÓN, ACUSADO Y APELANTE.—

No. 741. EL PUEBLO, DEMANDANTE Y APELADO, *v.* SANTIAGO, ACUSADO Y APELANTE.—

No. 743. EL PUEBLO, DEMANDANTE Y APELADO, *v.* RAMOS, ACUSADO Y APELANTE.—

No. 742. EL PUEBLO, DEMANDANTE Y APELADO, *v.* RODRÍGUEZ, ACUSADO Y APELANTE.—

Apelaciones procedentes de la Corte de Distrito de Mayagüez en causas por delito electoral. Resueltos en diciembre 16, 1914. Confirmadas las sentencias apeladas. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* Los acusados no comparecieron.

---

No. 1250. LÓPEZ ET AL., DEMANDANTES Y APELANTES, *v.* SALDAÑA ET AL., DEMANDADOS Y APELADOS.—Apelación procedente de la Corte Distrito de San Juan, Sección 1ª., en un caso sobre nulidad de contrato, indemnización de daños y perjuicios y otros extremos. Moción de la parte apelada para que se desestime la apelación por no haberse radicado la transcrip-

ción de autos. Resuelto en diciembre 16, 1914. Desestimada la apelación. Abogado de la parte apelante: *Sr. Juan Gregory, Jr.* Abogado de la parte apelada: *Sr. Antonio Sarmiento.*

---

No. 745. EL PUEBLO, DEMANDANTE Y APELADO, *v.* VÉLEZ, ACUSADO Y APELANTE.—Apelación procedente de la Corte de Distrito de Mayagüez en causa por portar armas prohibidas. Resuelto en diciembre 17, 1914. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.* El acusado no compareció.

---

No. 1252. ROSSY, DEMANDANTE Y APELADO, *v.* FERNÁNDEZ, DEMANDADA Y APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª., en un caso sobre cobro de honorarios. Moción de la parte apelada para que se desestime la apelación por no haberse radicado la transcripción de autos. Resuelto en diciembre 18, 1914. Desestimada la apelación. El apelado compareció en nombre propio. Abogado de la parte apelante: *Sr. Luis Samalea Iglesias.*

---

No. 1204. LEÓN, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1205. AYALA, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1206. GARCÍA, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1207. GARCÍA, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—

No. 1208. MALDONADO, DEMANDANTE Y APELANTE, *v.* HERNÁNDEZ, JUEZ MUNICIPAL, DEMANDADO Y APELADO.—